BOISE CASCADE CORPORATION and St. Paul Fire and Marine Insurance Company, a corporation, Appellants,

v.

NICHOLSON MANUFACTURING COMPANY, a corporation, Appellee.

No. 18462.

United States Court of Appeals
Ninth Circuit.

Sept. 23, 1963.

Rhoten, Rhoten & Speerstra, George A. Rhoten, and William B. Wyllie, Salem, Or., for appellants.

Cake Jaureguy, Hardy, Buttler & McEwen, Donald W. McEwen, and John R. Faust, Jr., Portland, Or., for appellee.

Before ORR, HAMLEY and DUNIWAY, Circuit Judges.

PER CURIAM.

We refer to and adopt the opinion of the District Court appearing at 221 F.Supp. 135 and affirm the judgment for the reasons therein stated.